# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John R. Waznak aka John Waznak, aka John Robert Waznak | BK NO. 25-00234 MJC |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Earnest, Inc and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
07 Aug 2025, 13:12:55, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322