UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     JOHN R. WAZNAK, AKA | : |
|     JOHN ROBERT WAZNAK, AKA | : |
|     JOHN WAZNAK, | : |
|         Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| JOHN R. WAZNAK, AKA | : |
| JOHN ROBERT WAZNAK, AKA, | : |
| JOHN WAZNAK, | : |
|         Respondent | : CASE NO. 5-25-bk-00234-MJC |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

    AND NOW, this 13th day of August 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

    1.    Trustee avers that Debtor's Plan cannot be administered due to the lack of the following:

        a.    Debtor has not provided Trustee the Proof of Claim for Land Home Financial Services.

    WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtor's Plan;
b. dismiss or convert Debtor's case; and
c. provide such other relief as is equitable and just.

          Respectfully submitted:

          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

BY: /s/ Agatha R. McHale, Esquire
      Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this 13th day of August 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Tullio DeLuca, Esquire
Law Office of Tullio DeLuca
381 North 9th Avenue
Scranton, PA 18504

                                            /s/ Derek M. Strouphauer, Paralegal
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee