United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00234-MJC |
| John R. Waznak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2

Date Rcvd: Nov 07, 2025     Form ID: ordsmiss     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John R. Waznak, 1213 Court Street, Scranton, PA 18508-2103 |
| 5685538 | + | Allied Services, Attn: Kelly Haffner, Collection Coordina, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 5685539 | + | Cascade Capital, LLC, 1383 N. McDowell Blvd., Ste. 210, Petaluma, CA 94954-1190 |
| 5689551 | + | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5689552 | + | City of Scranton, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 5685540 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5685542 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5685548 | + | NE PA Nephrology Assoc., PC, 1300 Wheeler Ave., 1st Fl, Dunmore, PA 18512-2834 |
| 5685547 | + | Nationwide Recovery System, 3000 Kellway Dr., Ste. 108, Carrollton, TX 75006-3304 |
| 5685549 | + | Northeast Ambulatory Surgery Center, 350 Laird St, Wilkes-Barre, PA 18702-6982 |
| 5685552 | | Pennsylvania Physician Services, LLC, 5665 New Northside Dr., Atlanta, GA 30328-5831 |
| 5685553 | + | Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5685555 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5685556 | | Scranton Emergency Group, 746 Jefferson Ave., Scranton, PA 18510-1624 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5687054 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 07 2025 18:39:00 | AMERICAN WATER, PO BOX 2798, CAMDEN, NJ 08101-2700 |
| 5685537 | + | Email/Text: mnapoletano@ars-llc.biz | Nov 07 2025 18:39:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5685544 | | Email/Text: tullio.deluca@verizon.net | Nov 07 2025 18:39:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5685546 | | Email/Text: bk@lendmarkfinancial.com | Nov 07 2025 18:39:00 | Lendmark Financial Services, 1506 Klondike Rd. SW, Ste. 200, Conyers, GA 30094-5173 |
| 5685545 | | Email/Text: bk@lendmarkfinancial.com | Nov 07 2025 18:39:00 | Lendmark Financial Services, PO Box 2969, Covington, GA 30014-24634 |
| 5687223 | | Email/Text: bk@lendmarkfinancial.com | Nov 07 2025 18:39:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington GA 30014 |
| 5685543 | ^ | MEBN | Nov 07 2025 18:34:11 | Land Home Financial Services, 3611 S. Harbor Blvd., Suite 100, Santa Ana, CA 92704-7915 |
| 5685550 | | Email/Text: bankruptcies@penncredit.com | Nov 07 2025 18:39:00 | Penn Credit Corp., 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5685554 | ^ | MEBN | Nov 07 2025 18:34:06 | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1139 |
| 5685551 | | Email/Text: csc.bankruptcy@amwater.com | Nov 07 2025 18:39:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 5685557 | ^ | MEBN | | |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Nov 07 2025 18:33:54 | Synergetic Communications, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 5685558 | Email/Text: bkrcy@ugi.com | Nov 07 2025 18:39:00 | UGI, P.O. Box 13009, Reading, PA 19612 |
| 5700846 | Email/Text: bkrcy@ugi.com | Nov 07 2025 18:39:00 | UGI Utilities Inc, PO Box 13009, Reading, PA 19612 |
| 5699480 | EDI: AIS.COM | Nov 07 2025 23:33:00 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5685541 | *+ | John R. Waznak, 1213 Court Street, Scranton, PA 18508-2103 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 09, 2025  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Matthew K. Fissel | on behalf of Creditor EARNEST INC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 John R. Waznak tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| John R. Waznak, <br> aka John Waznak, aka John Robert Waznak, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:25−bk−00234−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: November 7, 2025

ordsmiss (05/18)